## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

H.P.,

Plaintiff(s),

v.

Naperville Community Unit School District 203,

Defendant(s).

Case No. 17-cv-5377
Judge Jeffrey T. Gilbert

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant, Naperville Community Unit School District 203, and against Plaintiff, H.P.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Jeffrey T. Gilbert on a motion for summary judgment.

Date: 2/8/2018                              Thomas G. Bruton, Clerk of Court

Brenda Rinozzi , Deputy Clerk