# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 11, 2018

Before:

JOEL M. FLAUM, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| No. 18-2272 | H. P., a minor, by and through her father, W.P., Plaintiff - Appellant<br><br>v.<br><br>NAPERVILLE COMMUNITY UNIT SCHOOL DISTRICT 203, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05377<br>Northern District of Illinois, Eastern Division<br>Magistrate Judge Jeffrey T. Gilbert ||

    We **DISMISS** the appeal as to H.P.'s claims for equitable relief and otherwise **AFFIRM** the judgment of the district court. The above is in accordance with the decision of this court entered on this date. No costs.

form name: **c7_FinalJudgment**(form ID: **132**)